Wolowiec v Herskowitz (2024 NY Slip Op 50738(U))

[*1]

Wolowiec v Herskowitz

2024 NY Slip Op 50738(U)

Decided on June 17, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on June 17, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Tisch, James, JJ.

571376/23

Halley K. Wolowiec, d/b/a Halley Wolowiec LMHC, Plaintiff-Respondent,
against
Craig Herskowitz, Defendant-Appellant.

Defendant, as limited by his briefs, appeals from that portion of a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Jose A. Padilla, Jr., J.), entered March 15, 2023, after trial, as awarded plaintiff damages in the principal sum of $1,200.

Per Curiam.
Judgment (Jose A. Padilla, Jr., J.), entered March 15, 2023, affirmed, without costs.
The amount of the damage award ($1,200) issued in plaintiff's favor upon the trial of this small claims action achieved "substantial justice" consistent with substantive law principles (CCA 1804, 1807). Defendant concedes he owes $400 for two February 2022 therapy sessions he attended with plaintiff, a licensed mental health counselor. A fair interpretation of the evidence also supports the award of an additional $800 for four more scheduled therapy sessions that were either missed by defendant, or untimely cancelled or cancelled and not rescheduled, as required by plaintiff's stated cancellation policy. Findings of fact which rest in large measure on the credibility of witnesses should not be disturbed on appeal, particularly given the limited standard of review applicable to judgments rendered in the Small Claims Part (see Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 17, 2024